# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOANN LIU, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:21-cv-02895 |
| | ) | |
| v. | ) | Removed from: |
| | ) | |
| RADIUS GLOBAL SOLUTIONS, LLC, | ) | Cook County |
| | ) | Circuit Court, Chancery Division |
| | ) | Case No.: 2021 CH 1981 |
| Defendant. | ) | |
| | ) | |

### RADIUS GLOBAL SOLUTIONS, LLC'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT
### AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Defendant, Radius Global Solutions, LLC ("Radius"), by and through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby submits its Corporate Disclosure Statement and states as follows:

Radius is a wholly owned subsidiary of NGI Acquisition LLC. No publicly held corporation owns 5% or more of its stock.

Dated: 5/28/2021  Respectfully submitted,

*s/ Morgan I. Marcus*
 Morgan I. Marcus
Andrew E. Cunningham
Sessions, Israel & Shartle, LLC
141 W. Jackson Boulevard, Suite 3550
Chicago, Illinois 60604
Telephone: (312) 578-0985
E-mail: mmarcus@sessions.legal
acunningham@sessions.legal

*Attorneys for Defendant*
*Radius Global Solutions, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 31st day of May 2021, a true and correct copy of **Radius Global Solutions, LLC's Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification as to Affiliates** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Morgan I. Marcus*

*Attorney for Defendant*
*Radius Global Solutions LLC*