IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANN LIU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 21cv02895 |
| ) | Judge Sara L. Ellis |
| RADIUS GLOBAL SOLUTIONS, LLC, ) | Honorable Sheila M. Finnegan |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Daniel A. Edelman of Edelman, Combs, Latturner & Goodwin, LLC, ("Movant") hereby notifies the parties and the Court that attorney Samuel Sung Cheol Park withdraws his appearance as counsel for Plaintiff Joann Liu ("Plaintiff"). Movant states as the following grounds for this motion:

1. Samuel Sung Cheol Park represented Plaintiff as part of his employment at Edelman, Combs, Latturner & Goodwin, LLC. Samuel Sung Cheol Park has recently resigned from his employment at Edelman, Combs, Latturner & Goodwin, LLC.

2. Samuel Sung Cheol Park's withdrawal will not cause any prejudice on this case. Plaintiff continues to be actively represented by myself and other attorneys from Edelman, Combs, Latturner & Goodwin, LLC.

WHEREFORE, for the reasons set forth in this motion, Movant respectfully requests that this Court grant the motion to withdraw Samuel Sung Cheol Park's appearance as counsel for Plaintiff Joann Liu in the above-captioned case.

        Respectfully submitted,

        /s/ Daniel A. Edelman
        Daniel A. Edelman

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on September 15, 2021, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System which sent notification to all counsel of record.

                              /s/ Daniel A. Edelman
                              Daniel A. Edelman

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com