IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOANN LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 21cv02895 |
| | ) | Judge Sara L. Ellis |
| RADIUS GLOBAL SOLUTIONS, LLC, | ) | Honorable Sheila M. Finnegan |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO ARBITRATE

Plaintiff Joann Liu and Defendant Radius Global Solutions, LLC hereby agree to arbitrate plaintiff's individual claims alleged in the complaint against defendant Radius Global Solutions, LLC. Plaintiff will initiate arbitration of her individual claims against defendant Radius Global Solutions, LLC in the American Arbitration Association. The Parties request that the Court stay this matter pending arbitration.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Morgan I . Marcus (w/ consent) |
| Daniel A. Edelman (ARDC 0712094) | Morgan I. Marcus |
| Dulijaza (Julie) Clark (ARDC 6273353) | Andrew E. Cunningham |
| Heather Kolbus  (ARDC 6278239) | **SESSIONS, ISRAEL** |
| **EDELMAN, COMBS, LATTURNER** | **& SHARTLE LLC** |
| **& GOODWIN, LLC** | 141 W. Jackson Blvd., Suite 3550 |
| 20 South Clark Street, Suite 1500 | Chicago, IL  60604 |
| Chicago, IL 60603-1824 | (312) 578-0985 |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |

# CERTIFICATE OF SERVICE

  I, Heather A. Kolbus, hereby certify that on September 27, 2021, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System which sent notification to all counsel of record.

           /s/ Heather A. Kolbus
           Heather A. Kolbus


Daniel A. Edelman (ARDC 0712094)
Dulijaza (Julie) Clark (ARDC 6273353)
Heather Kolbus (ARDC 6278239)
**EDELMAN, COMBS, LATTURNER**
   **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)